IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. . 1:18-cv-01556-RM-GPG

JONATHAN ESPARSEN, Individually and on
behalf of All Others Similarly Situated,

    Plaintiff,

v.

RIDLEY'S FAMILY MARKETS, INC.,

    Defendant.

**DEFENDANT'S UNOPPOSED MOTION TO VACATE AND RESCHEDULE TRIAL PREPARATION CONFERENCE**

Defendant Ridley's Family Markets, Inc. ("Ridley's") respectfully moves the Court to vacate the Trial Preparation Conference currently set for November 15, 2023, at 10:00 a.m.. *See*, Dkt. 108. Plaintiff's counsel does not oppose this motion.

Counsel for Ridley's has depositions scheduled for November 15, 2023. Counsel for Ridley's and Plaintiff are available November 13, 2023 at 1:00 p.m., a date and time convenient for the Court.

Ridley's respectfully requests that the Court reschedule the hearing and enter the proposed form of Order filed concurrently herewith.

4869-5412-5450

Dated: October 23, 2023

        SNELL & WILMER L.L.P.

        */s/ Mark O. Morris*
        Mark O. Morris (UT #4643)
        15 W. South Temple, Suite 1200
        Salt Lake City, Utah 84095
        Telephone: 801.257.1914
        Facsimile: 801-257-1800
        Email: dawilliams@swlaw.com
        ***Attorneys for Defendant Ridley's Family Markets, Inc.***

3

**CERTIFICATE OF SERVICE**

This is to certify that on October 23, 2023, a true and correct copy of the above and foregoing document was electronically filed and served on all counsel of record.

/s/ *Wendy H. Kalawaia*