# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. . 1:18-cv-01556-RM-GPG

JONATHAN ESPARSEN, Individually and on behalf of All Others Similarly Situated,

    Plaintiff,

v.

RIDLEY'S FAMILY MARKETS, INC.,

    Defendant.

## ORDER RE DEFENDANT'S UNOPPOSED MOTION TO VACATE AND RESCHEDULE TRIAL PREPARATION CONFERENCE

Upon consideration of Defendant Ridley's Family Markets, Inc. ("Ridley's") Unopposed Motion to Vacate and Reschedule the Trial Preparation Conference, IT IS HEREBY ORDERED that the Motion is GRANTED. The motion hearing set forth in the Minute Order [Dkt. 108] shall be vacated, and rescheduled for Monday, November 13, 2023 at 1:00 p.m., in Courtroom A-601, 901 19th Street, Denver, Colorado.

Dated: October ___, 2023

                                              BY THE COURT:

                                              _____

                                              Raymond P. Moore
                                              United States District Judge

\

4893-7011-0346