**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Raymond P. Moore**

Civil Action No. 18-cv-01556-RM-SKC

JONATHAN ESPARSEN,

     Plaintiff,

v.

RIDLEY'S FAMILY MARKETS, INC.,

     Defendant.

_____

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO VACATE
AND RESCHEDULE TRIAL PREPARATION CONFERENCE**
_____

     This matter is before the Court on Defendant's Unopposed Motion to Vacate and Reschedule Trial Preparation Conference ("Unopposed Motion") (ECF No. 109).  Having considered the Unopposed Motion, the Court hereby GRANTS the Unopposed Motion.

     The Trial Preparation Conference currently set for November 15, 2023, is VACATED and RESCHEDULED for November 13, 2023, at 1:00 PM in Courtroom A-601, 901 19th Street, Denver, Colorado.  Counsel who will try the case shall attend in person.  **Fourteen days** before the Trial Preparation Conference, counsel shall submit proposed jury instructions and verdict forms. **Seven days** before the Trial Preparation Conference, the parties shall file via CM/ECF (1)

their proposed voir dire questions; (2) their witness lists; and (3) their exhibit lists. Motions in

limine shall be filed no later than **seven days** before the Trial Preparation Conference.

SO ORDERED

DATED this 24th day of October, 2023.

BY THE COURT:

RAYMOND P. MOORE
Senior United States District Judge