CASE CAPTION: JONATHAN ESPARSEN V. RIDLEY'S FAMILY MARKETS, INC.

CASE NO.: 1:18-cv-01556-RM-SKC

EXHIBIT LIST OF: <u>Plaintiff Jonathan Esparsen</u>

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|-------------------|-------------|---------|----------|---------|----------------|
| 1 | Jonathan Esparsen | Job Offer Email (RFM 001-003) | | | | | |
| 2 | Jonathan Esparsen | Ridley's Store Employee Handbook/ Plaintiff's acknowledgement (RFM 066-093) | | | | | |
| 3 | Jonathan Esparsen | Plaintiff's Time Records (RFM 0111-0120) | | | | | |
| 4 | Jonathan Esparsen | Payroll records (RFM 010-011; 045-049) | | | | | |
| 5 | Jonathan Esparsen | Plaintiff's Damages Calculations | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |