# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

# JUDGE RAYMOND P. MOORE

Case No.  1:18-cv-01556-RM-SKC   Date: November 6, 2023

Case Title: Jonathan Esparsen v. Ridley's Family Markets, Inc.

## PLAINTIFF'S WITNESS LIST

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Jonathan Esparsen | 2 hours |
| Mark Ridley | 1.5 hours |
| Toby Steegs | 30 minutes |
| Ramiz Abed | 30 minutes |
| Dawn Bengoechea | 30 minutes |