CASE CAPTION: <u>JONATHAN ESPARSEN v. RIDLEY'S FAMILY MARKETS, INC.</u>

CASE NO.: <u>1:18-cv-01556-RM-SKC</u>

EXHIBIT LIST OF: <u>RIDLEY'S FAMILY MARKETS, INC., Defendant.</u>
(Name and Party Designation)

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|-------------------|-------------|---------|----------|---------|----------------|
| 1 | | Riley's Family Market's Job Offer e-mail and letter | | | | | |
| 2 | | Ridley's Family Market's Job Description | | | | | |
| 3 | | Ridley's Family Market's Store Policy Statement | | | | | |
| 4 | | Ridley's Family Market's Employee Manual | | | | | |
| 5 | | E-mail exchanges between Mark Ridley and Plaintiff regarding payroll discrepancy | | | | | |
| 6 | | Ridley's Family Market's Payroll Report for Plaintiff | | | | | |
| 7 | | Timeclock Report | | | | | |
| 8 | | Ridley's Family Market's Response to Case No. FE2018728606 | | | | | |
| 9 | | Employee Termination Report | | | | | |
| 10 | | Plaintiff's Employment Application | | | | | |
| 11 | | Ridley's Family Market's External Management Trainee Program checklist | | | | | |
| 12 | | Ridley's Family Market's Training Checklist | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|-------------------|-------------|---------|----------|---------|----------------|
|         |         |                   |             |         |          |         |                |
|         |         |                   |             |         |          |         |                |
|         |         |                   |             |         |          |         |                |
|         |         |                   |             |         |          |         |                |
|         |         |                   |             |         |          |         |                |
|         |         |                   |             |         |          |         |                |
|         |         |                   |             |         |          |         |                |
|         |         |                   |             |         |          |         |                |
|         |         |                   |             |         |          |         |                |
|         |         |                   |             |         |          |         |                |
|         |         |                   |             |         |          |         |                |
|         |         |                   |             |         |          |         |                |
|         |         |                   |             |         |          |         |                |

4866-8120-8396