IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE RAYMOND P. MOORE

Case No.  1:18-cv-01556-RM-SKC            Date: December 12 & 13, 2023

Case Title: JONATHAN ESPARSEN v. RIDLEY'S FAMILY MARKETS, INC.

DEFENDANT'S WITNESS LIST
(Plaintiff/Defendant)

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Mark Ridley (will call) | Second Day, Four (4) Hours |
| Ramiz Abed (may call) | Second Day, Ninety (90) Minutes |
| Jonathan Esparsen (may call) | Second Day, One (1) Hour |

4878-1540-7950.1