IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE RAYMOND P. MOORE

| Courtroom Deputy: Cathy Pearson<br>Court Reporter:   Tammy Hoffschildt | Date:   November 13, 2023 |
|---|---|

**CASE NO.   18-cv-001556-RM-SKC**

| Parties | Counsel |
|---|---|
| JONATHAN ESPARSEN,<br><br>    Plaintiff,<br><br>v.<br><br>RIDLEY'S FAMILY MARKETS, INC.,<br><br>    Defendant. | Patrick Almonrode<br>Sean Short<br><br><br><br>Mark Morris |

**COURTROOM MINUTES**

**TRIAL PREPARATION CONFERENCE**
Court in session:          12:57 p.m.

Appearances of counsel.

Preliminary remarks made by the Court.

Discussion held regarding the length of trial, claims at issue, trial schedule, exhibits, exhibit notebooks, witness lists, opening statements, closing arguments, sequestration of witnesses, and electronic exhibit display.

**Court in recess:          1:13 p.m.**
**Total in court time:       00:16**
**Hearing concluded.**