CASE CAPTION: <u>JONATHAN ESPARSEN v. RIDLEY'S FAMILY MARKETS, INC.</u>

CASE NO.: <u>1:18-cv-01556-RM-SKC</u>

EXHIBIT LIST OF: <u>RIDLEY'S FAMILY MARKETS, INC., Defendant.</u>
(Name and Party Designation)

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
| A | | Ridley's Family Market's Job Description (Depo. Exh. 2) | | | | | |
| B | | Ridley's Family Market's Store Policy Statement (Depo. Exh. 3) | | | | | |
| C | | E-mail exchanges between Mark Ridley and Plaintiff regarding payroll discrepancy (Depo. Exh. 6) | | | | | |
| D | | Ridley's Family Market's Payroll Report for Plaintiff (RFM0109-RFM0110) | | | | | |
| E | | Ridley's Family Market's Response to Case No. FE2018728606 (Depo. Exh. 8; RFM0060-RFM0063) | | | | | |
| F | | Employee Termination Report (Depo. Exh. 9; RFM0013) | | | | | |
| G | | Plaintiff's Employment Application (RFM0180-RFM0185) | | | | | |
| H | | Ridley's Family Market's External Management Trainee Program checklist (RFM0265-RFM0267) | | | | | |
| I | | Ridley's Family Market's Training Checklist (RFM0268-RFM0271) | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |