### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### SENIOR JUDGE RAYMOND P. MOORE

| Courtroom Deputy: Cathy Pearson | Date: December 12, 2023 |
| --- | --- |
| Court Reporter:     Kevin Carlin | |

**CASE NO.    18-cv-01556-RM-SKC**

| Parties | Counsel |
| --- | --- |
| JONATHAN ESPARSEN, | Sean Short |
| Plaintiff, | |
| v. | |
| RIDLEY'S FAMILY MARKET, | Mark Morris |
| Defendant. | |

## COURTROOM MINUTES

**BENCH TRIAL – Day 1**
**Court in session:**          9:01 a.m.

Appearances of counsel.

Preliminary remarks made by the Court.

9:02 a.m.     Opening statement given by Mr. Short.

9:05 a.m.     Opening statement given by Mr. Morris.

**Plaintiff's Exhibit 1 through 5 and Defendant's Exhibits A through I are admitted.**

9:17 a.m.     Plaintiff's witness, Donald Mark Ridley, is sworn and examined by Mr. Short.

10:21 a.m.    Cross-examination of Donald Mark Ridley by Mr. Morris.

**Court in recess:     10:30 a.m.**
**Court in session:   10:46 a.m.**

10:47 a.m.    Continued cross-examination of Donald Mark Ridley by Mr. Morris.

10:48 a.m.     Redirect examination of Donald Mark Ridley by Mr. Short.

10:49 a.m.     Plaintiff's witness, Jonathan Esparsen, is sworn and examined by Mr. Short.
               Exhibits used:     Plaintiff's Exhibit 1, 3, 4, 5.

**Court in recess:     11:57 a.m.**
**Court in session:    1:13 p.m.**

Witness is excused.

1:14 p.m.      Plaintiff rests.

Mr. Morris moves for judgment on the merits pursuant to Fed. R. Civ. P. 52.   Mr. Short argues in opposition.

The Court states findings.

**ORDERED:**  Defendant's motion for judgment on the merits is DENIED.

1:19 p.m.      Defendant's witness, Jonathan Esparsen, is sworn and examined by Mr. Morris.
               Exhibits used:     Plaintiff's Exhibit 1, 2; Defendant's Exhibit A.
               Witness is given a transcript of his deposition taken on September 10, 2018.

2:08 p.m.      Cross-examination of Jonathan Esparsen by Mr. Short.

2:10 p.m.      Redirect examination by Mr. Morris.

2:12 p.m.      Witness is excused.

Defendant's witness, Donald Mark Ridley, is sworn and examined by Mr. Morris.
Exhibits used:     Defendant's Exhibit A, G.

2:31 p.m.      Cross-examination of Donald Mark Ridley by Mr. Short.
               Exhibits used:     Defendant's Exhibit G, A.

2:42 p.m.      Redirect examination of Donald Mark Ridley by Mr. Morris.
               Exhibits used:     Defendant's Exhibit G.

2:44 p.m.      Witness is excused.

The defendant rests.   Both sides rest.

**Court in recess:     2:44 p.m.**
**Court in session:    3:00 p.m.**

Closing argument given by Mr. Short.

3:05 p.m.     Closing argument given by Mr. Morris.

3:19 p.m.     Rebuttal argument given by Mr. Short.

The Court takes the matter under advisement and will issue a written order.

**Court in recess:**       3:23 p.m.
**Total in court time:**   4:34
**Hearing concluded.**

*Clerk's note:    All original exhibits and depositions were returned to counsel at the conclusion of the hearing. Counsel to retain exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus 60 days.*