IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01556-RM-JPO

JONATHAN ESPARSEN,

    Plaintiff,

v.

RIDLEY'S FAMILY MARKETS, INC.,

    Defendant.

## FINAL JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and Findings of Fact, Conclusions of Law, and Order (Doc. 121) entered by Judge Raymond P. Moore on January 31, 2024, and incorporated herein by reference as if fully set forth, it is

ORDERED that judgment is entered in favor of Defendant, Ridley's Family Markets, Inc., and against Plaintiff, Jonathan Esparsen.   It is

FURTHER ORDERED Plaintiff's claims are dismissed with prejudice on the merits..

Dated this 31st day of January, 2024.

                                              FOR THE COURT:
                                              JEFFREY P. COLWELL, CLERK

                                              By:   s/C. Pearson
                                                        Deputy Clerk