AO 133(Rev. 12/09) Bill of Costs
USDC Colo. version - rev. 2/1/2024

# BILL OF COSTS

**United States District Court**

DISTRICT: **DISTRICT OF COLORADO**

Jonathan Esparsen, individully and on behalf of all others similarly situated,
v.
Ridley's Family Markets, Inc.

DOCKET NO.

CASE NO.: 1:18-cv-01556-RM-JPO

Judgment having been entered in the above-titled action on **January 31, 2024** against **Plaintiff, Jonathan Esparsen,**, the Clerk is requested to tax the following as Costs:

## BILL OF COSTS

| Item | Amount |
|---|---|
| Fees of the Clerk | $ |
| Fees for service of summons and complaint | $ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ 4,872.16 |
| Fees and disbursements for printing | $ |
| Fees for witnesses (*itemized on next page*) | $ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $ 185.35 |
| Docket fees under 28 U.S.C. § 1923 | $ |
| Costs incident to taking of depositions | $ |
| Costs as reflected on mandate of Court of Appeals | $ |
| Other costs (*itemized*) | $ |

**Please review and comply with D.C.COLO.LCivR 54.1 as reflected in *Notice* on next page.**

TOTAL $ **5,087.51**

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to:

Signature of Attorney: /s/ David P. Williams

Name: **David P. Williams**
Phone Number: **801-257-1914**

For: **Ridley's Family Markets, Inc.**
Name of Claiming Party

Date: **February 13, 2024**

### PARTY'S REQUEST FOR HEARING

Following conferral, the parties request that a hearing be scheduled to address costs which remain in dispute. The following dates and times, occurring at least 14 days from today, are mutually agreeable to both parties.

*Weekdays available are **Tuesdays**, **Wednesdays**, and **Thursdays**.
Times available are **9:00 am**, **10:00 am**, and **11:00 am**.*

Option #1
Option #2
Option #3

### -- For Clerk's Office use only –

Costs are hereby taxed in the following amount and are to be included in the judgment.

By:

Deputy Clerk

Jeffrey P. Colwell, Clerk of Court

Date:

AO 133(Rev. 12/09) Bill of Costs
Case No. 1:18-cv-01556-RM-JPO   Document 123   filed 02/13/24   USDC Colorado   pg 2 of 20
USDC Colo. version - rev. 2/1/2024

# UNITED STATES DISTRICT COURT

| NAME , CITY, STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total cost for each witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

**Witness Fees**
*See 28 U.S.C. § 1821 for statutory fees and www.gsa.gov for locality per diem rates*

## NOTICE

**Section 1920, Title 28, U.S. Code provides:**

A judge or clerk of any court of the United States may tax as costs the following:

(1) Fees of the clerk and marshal;
(2) Fees for printed or electronically recorded transcripts necessarily obtained for use in the case;
(3) Fees and disbursements for printing and witnesses;
(4) Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case;
(5) Docket fees under section 1923 of this title;
(6) Compensation of court appointed experts, compensation of interpreters, and salaries, fees, expenses, and costs of special interpretation services under section 1828 of this title.

A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree.

See also **Sec. 1924, Verification of bill of costs** [and keep in mind the equivalent effect of declarations under 28 U.S.C. § 1746]:

Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed.

The **Federal Rules of Civil Procedure** provides as follows regarding costs:

**Rule 54(d)(1)**: "Unless a federal statute, these rules, or a court order provides otherwise, costs - - other than attorney's fees - - should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action."

**D.C.COLO.LCivR 54.1 Taxation of Costs**

Each judgment or final order shall indicate any party entitled to costs. Unless otherwise ordered, the clerk shall tax costs in favor of a prevailing party or parties. A bill of costs shall be filed on the form provided by the court within 14 days after entry of the judgment or final order. After filing a bill of costs and prior to appearing before the clerk, counsel and any unrepresented party seeking costs shall file a written statement that they have conferred as to disputes regarding costs. If all disputes are resolved, a stipulation specifying costs shall be filed with the court.

# EXHIBIT A TO BILL OF COSTS

## 1:18-cv-01556-RM-JPO

### Itemization of Costs Requested Pursuant to 28 U.S.C. §1920

**FEES OF THE COURT REPORTER FOR ALL OR ANY PART OF THE TRANSCRIPT NECESSARILY OBTAINED FOR USE IN THE CASE – EXHIBIT 1**

| Date | Vendor/Payee, Description | Amount |
|---|---|---|
| 09/10/18 | Hunter + Geist, Inc. Videotaped deposition and certified transcript of Plaintiff Jonathan Esparsen, taken September 10, 2018. (Deposition testimony used at trial for impeachment purposes, 12/12/2023). Requested as recoverable cost per 28 U.S.C. § 1920(2); *see In re Williams Sec. Litig.-WCG Subclass*, 558 F.3d 1144, 1147 (10th Cir. 2009) ("The costs statute allows a judge or clerk of any court of the United States to tax costs for transcripts and copies 'necessarily obtained for use in the case.'"); *Tilton v. Capital Cities/ABC, Inc.,* 115 F.3d 1471, 1477 (10th Cir. 1997) (presumption that the costs of videotaping deposition transcripts will be awarded)*; TCR Sports Broad. Holding, LLP v. Cable Audit Assocs., Inc.,* 674 F. App'x 805, 809 (10th Cir. 2017) ("[Defendant] contends that obtaining videotaped depositions and transcripts was duplicative and unnecessary, that the videotaped depositions had no independent use, and that they were not relied on by the district court in granting summary judgment. We have previously rejected such a narrow reading of the deposition expenses authorized under § 1920."); *see also Maiteki v. Marten Transp. Ltd.,* No. 12-CV-2021-WJM-CBS, 2016 WL 3878502, at *7 (D. Colo. July 18, 2016), aff'd, 682 F. App'x 695 (10th Cir. 2017) ("[T]he better practice is to allow the costs of both videotaped and stenographic depositions, absent some good reason not to do so.").<br><br>See Invoice at **EXHIBIT 1-1.** | $2,628.25 |
| 01/26/2022 | JD Legal Support. Certified Transcript of Deposition of Cameron Harris, taken 1/18/2022 (Deposition testimony cited in Defendants Motion to Decertify 29 U.S.C. § 216(b) | $667.21 |

| Date | Vendor/Payee, Description | Amount |
|---|---|---|
|  | Collective Action [Dkt. 78]; motion granted 4/13/2022 [Dkt. 81].)<br><br>Requested as recoverable cost per 28 U.S.C. § 1920(2); *see In re Williams Sec. Litig.-WCG Subclass*, 558 F.3d 1144, 1147 (10th Cir. 2009) ("The costs statute allows a judge or clerk of any court of the United States to tax costs for transcripts and copies 'necessarily obtained for use in the case.'")<br><br>*See Invoice at* **EXHIBIT 1-2.** |  |
| 01/31/22 | JD Legal Support. Certified Transcript of Deposition of Jenney Moua, taken 1/20/2022 (Deposition testimony cited in Defendants Motion to Decertify 29 U.S.C. § 216(b) Collective Action [Dkt. 78]; motion granted 4/13/2022 [Dkt. 81].)<br><br>Requested as recoverable cost per 28 U.S.C. § 1920(2); *see In re Williams Sec. Litig.-WCG Subclass*, 558 F.3d 1144, 1147 (10th Cir. 2009) ("The costs statute allows a judge or clerk of any court of the United States to tax costs for transcripts and copies 'necessarily obtained for use in the case.'")<br><br>*See Invoice at* **EXHIBIT 1-3.** | $490.30 |
| 01/31/22 | JD Legal Support. Certified Transcript of Depositions of Krestina Coombs, and Casey Jackson, taken 1/26/2022 (Deposition testimony cited in Defendants Motion to Decertify 29 U.S.C. § 216(b) Collective Action [Dkt. 78]; motion granted 4/13/2022 [Dkt. 81].)<br><br>Requested as recoverable cost per 28 U.S.C. § 1920(2); *see In re Williams Sec. Litig.-WCG Subclass*, 558 F.3d 1144, 1147 (10th Cir. 2009) ("The costs statute allows a judge or clerk of any court of the United States to tax costs for transcripts and copies 'necessarily obtained for use in the case.'")<br><br>*See Invoice at* **EXHIBIT 1-4.** | $633.90 |
| 02/01/2022 | JD Legal Support. Certified Transcript of Deposition of Destiny Glanz, taken 1/21/2022 (Deposition testimony cited in Defendants Motion to Decertify 29 U.S.C. § 216(b) | $452.50 |

| Date | Vendor/Payee, Description | Amount |
|---|---|---|
| | Collective Action [Dkt. 78]; motion granted 4/13/2022 [Dkt. 81].) Requested as recoverable cost per 28 U.S.C. § 1920(2); *see In re Williams Sec. Litig.-WCG Subclass*, 558 F.3d 1144, 1147 (10th Cir. 2009) ("The costs statute allows a judge or clerk of any court of the United States to tax costs for transcripts and copies 'necessarily obtained for use in the case.'") *See Invoice at* **EXHIBIT 1-5.** | |
| | TOTAL: | $4,872.16 |

**FEES FOR EXEMPLIFICATION AND COPIES OF PAPERS NECESSARILY OBTAINED FOR USE IN THE CASE – EXHIBIT 2**

| Date | Vendor/Payee | Amount |
|---|---|---|
| 11/09-21/2023 | DTI/Snell & Wilmer. Printing and copying costs for trial exhibit binders per trial court's judicial practice standards, used at trial, 12/12/23. Requested as recoverable cost per 28 U.S.C. § 1920(4); *see In re Williams Sec. Litig.-WCG Subclass*, 558 F.3d 1144, 1147 (10th Cir. 2009) ("The costs statute allows a judge or clerk of any court of the United States to tax costs for transcripts and copies 'necessarily obtained for use in the case.'"); *Case v. Unified Sch. Dist. No. 233, Johnson Cty., Kan.*, 157 F.3d 1243, 1259 (10th Cir. 1998) (Use at trial by counsel or the court readily demonstrates necessity). *See Summary of billed costs, at* **EXHIBIT 2-1.** | $185.35 |
| | TOTAL: | $185.35 |

| | | |
|---|---|---|
| | **GRAND TOTAL:** | **$5,087.51** |

# Exhibit 1-1

**Hunter + Geist, Inc.**
1900 North Grant Street
Suite 1025
Denver, CO 80203
Phone: (303) 832-5966   Fax: (303) 832-9525

Job #: **180910MH**
Job Date: **09/10/18**
Order Date: **09/10/18**
DB Ref.#:
Date of Loss: **/ /**
Your File #:
Your Client: **Ridley's Family**

# Invoice

Invoice #: 159524
Inv.Date: 09/27/18
Balance: $2,628.25

Bill To:
**Kevin Walton, Esq.**
**Snell & Wilmer, LLP**
**1200 17th Street**
**Suite 1900**
**Denver, CO 80202**

Action: **Esparsen, Jonathan**
VS
**Ridley's Family Markets, Inc.**
Action #: **1:18-cv-01556-RM-GPG**
Rep: **Marchelle J. Hartwig**
Cert: **RPR**

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | (video) Jonathan Esparsen | Appearance Fee - Hourly | $187.50 |
| 2 | (video) Jonathan Esparsen | Original Certified Transcript | $1,266.25 |
| 3 | (video) Jonathan Esparsen | Electronic Transcript Files | $25.00 |
| 4 | (video) Jonathan Esparsen | Scanned Exhibits | $14.50 |
| 5 | (video) Jonathan Esparsen | Original Video Fee | $865.00 |
| 6 | (video) Jonathan Esparsen | Videotape Synchronization | $270.00 |

Comments:

Thank you so much for your business.  We truly appreciate it!

| | |
|---|---|
| Sub Total | $2,628.25 |
| Shipping | $0.00 |
| Tax | **N/A** |
| **Total Invoice** | $2,628.25 |
| Payment | $0.00 |
| **Balance Due** | $2,628.25 |

Federal Tax I.D.: 84-0835207      Terms: **Net 30 Days @ 1.5%**

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

Bill To:
**Kevin Walton, Esq.**
**Snell & Wilmer, LLP**
**1200 17th Street**
**Suite 1900**
**Denver, CO 80202**

Deliver To:
**Kevin Walton, Esq.**
**Snell & Wilmer, LLP**
**1200 17th Street**
**Suite 1900**
**Denver, CO 80202**

# Invoice

**Hunter + Geist, Inc.**
1900 North Grant Street
Suite 1025
Denver, CO 80203

Phone: (303) 832-5966
Fax: (303) 832-9525

Invoice #: 159524
Inv.Date: 09/27/18
Balance: $2,628.25
Job #: 180910MH
Job Date: 09/10/18
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: Ridley's Family

# Exhibit 1-2

**JD Legal Support**
PO Box 321
Lehi, UT 84043
Phone: 801-937-9620



Mark O. Morris, Esq.
Snell & Wilmer - Salt Lake City
15 S. Temple, Ste. 1200
Salt Lake City, UT 84101

# Invoice #11332

| Date | Terms |
|---|---|
| 01/26/2022 | Net 30 |

**Job #7749 on 01/18/2022**

**Case:** Esparsen v. Ridley's Family Market

| Description | Qty | Amount |
|---|---|---|
| **Original Transcript of Cameron Harris** | | |
| Original Transcript & One Copy (110 Pages) | 1.00 | $ 484.00 |
| 1/2 day Appearance Fee | 1.00 | $ 90.00 |
| ETranscript | 1.00 | $ 30.00 |
| Delivery | 1.00 | $ 25.00 |
| Read and Sign Mini | 1.00 | $ 25.00 |
| Exhibit - B/W (7 Pages) | 1.00 | $ 2.45 |
| Exhibits - Color (1 Page) | 1.00 | $ 0.90 |
| | | $ 657.35 |

| | |
|---|---|
| Amount Due: | $ 657.35 |
| Paid: | $ 0.00 |

| | |
|---|---|
| **Balance Due:** | **$ 657.35** |
| **Payment Due:** | **02/25/2022** |

If paid after 02/25/2022 pay:   $ 667.21

Tax ID: 82-1113681

Thank you for your business.  We accept Visa, Master Card and American Express.  All invoices are due net 30.
Any invoice still due after 30 days may be charged a monthly 1.5% fee.  Should you have any questions, please call (801) 937-9620.

# Exhibit 1-3

**JD Legal Support**
PO Box 321
Lehi, UT 84043
Phone: 801-937-9620



David P. Williams, Esq.
Snell & Wilmer - Salt Lake City
15 S. Temple, Ste. 1200
Salt Lake City, UT 84101

# Invoice #11338

| Date | Terms |
|---|---|
| 01/31/2022 | Net 30 |

**Job #7751 on 01/20/2022**

**Case:** Esparsen v. Ridley's Family Market

| Description | Qty | Amount |
|---|---|---|
| **Original Transcript of Jenney Moua** | | |
| Original Transcript & One Copy (72 Pages) | 1.00 | $ 316.80 |
| 1/2 day Appearance Fee | 1.00 | $ 90.00 |
| ETranscript | 1.00 | $ 30.00 |
| Delivery | 1.00 | $ 25.00 |
| Read and Sign Mini | 1.00 | $ 25.00 |
| Exhibit - B/W (10 Pages) | 1.00 | $ 3.50 |
| | | $ 490.30 |

Amount Due: $ 490.30
Paid: $ 0.00

| Balance Due: | $ 490.30 |
|---|---|
| Payment Due: | 03/02/2022 |

If paid after 03/02/2022 pay:      $ 497.65

Tax ID: 82-1113681

Thank you for your business.  We accept Visa, Master Card and American Express.  All invoices are due net 30.
Any invoice still due after 30 days may be charged a monthly 1.5% fee.  Should you have any questions, please call (801) 937-9620.

# Exhibit 1-4

**JD Legal Support**
PO Box 321
Lehi, UT 84043
Phone: 801-937-9620



**David P. Williams, Esq.**
Snell & Wilmer - Salt Lake City
15 S. Temple, Ste. 1200
Salt Lake City, UT 84101

# Invoice #11336

| Date | Terms |
|---|---|
| 01/31/2022 | Net 30 |

**Job #7750 on 01/19/2022**

**Case:** Esparsen v. Ridley's Family Market

| Description | Qty | Amount |
|---|---|---|
| **Original Transcript of Krestina Coombs** | | |
| Original Transcript & One Copy (66 Pages) | 1.00 | $ 290.40 |
| 1/2 day Appearance Fee | 1.00 | $ 90.00 |
| ETranscript | 1.00 | $ 30.00 |
| Delivery | 1.00 | $ 25.00 |
| Read and Sign Mini | 1.00 | $ 25.00 |
| Exhibit - B/W (6 Pages) | 1.00 | $ 2.10 |
| | | $ 462.50 |
| **Original Transcript of Casey Jackson** | | |
| Original Transcript & One Copy (6 Pages) | 1.00 | $ 26.40 |
| 1/2 day Appearance Fee | 1.00 | $ 90.00 |
| ETranscript | 1.00 | $ 30.00 |
| Delivery | 1.00 | $ 25.00 |
| | | $ 171.40 |

| | Amount Due: | $ 633.90 |
|---|---|---|
| | Paid: | $ 0.00 |

| Balance Due: | $ 633.90 |
|---|---|
| Payment Due: | 03/02/2022 |

If paid after 03/02/2022 pay:        $ 643.41

Tax ID: 82-1113681

Thank you for your business.  We accept Visa, Master Card and American Express.  All invoices are due net 30.
Any invoice still due after 30 days may be charged a monthly 1.5% fee.  Should you have any questions, please call (801) 937-9620.

# Exhibit 1-5

**JD Legal Support**
PO Box 321
Lehi, UT 84043
Phone: 801-937-9620



David P. Williams, Esq.
Snell & Wilmer - Salt Lake City
15 S. Temple, Ste. 1200
Salt Lake City, UT 84101

# Invoice #11346

| Date | Terms |
|---|---|
| 02/01/2022 | Net 30 |

**Job #7752 on 01/21/2022**

**Case:** Esparsen v. Ridley's Family Market

| Description | Qty | Amount |
|---|---|---|
| **Original Transcript of Destiny Glanz** | | |
| Original Transcript & One Copy (64 Pages) | 1.00 | $ 281.60 |
| 1/2 day Appearance Fee | 1.00 | $ 90.00 |
| ETranscript | 1.00 | $ 30.00 |
| Delivery | 1.00 | $ 25.00 |
| Read and Sign Mini | 1.00 | $ 25.00 |
| Exhibits - Color (1 Page) | 1.00 | $ 0.90 |
| | | $ 452.50 |

| | |
|---|---|
| Amount Due: | $ 452.50 |
| Paid: | $ 0.00 |

| Balance Due: | $ 452.50 |
|---|---|
| **Payment Due:** | 03/03/2022 |

If paid after 03/03/2022 pay:       $ 459.29

Tax ID: 82-1113681

Thank you for your business.  We accept Visa, Master Card and American Express.  All invoices are due net 30.
Any invoice still due after 30 days may be charged a monthly 1.5% fee.  Should you have any questions, please call (801) 937-9620.

# Exhibit 2-1

Snell & Wilmer L.L.P.  
One East Washington Street, Suite 2700  
Phoenix, AZ 85004  
602-382-6000

Ridley's Family Markets  
Attn: Mark Ridley  
621 Washington St. South  
Twin Falls, ID 83301

Report Date: 2/6/2024

Matter:  44460.00022   Esparsen Employment Matters

| Cost Code | | Date | Qty | Amount |
|---|---|---|---|---|
| 9160 | Copy Expense | | | |
| | DTI-SLC Copy Expense | 11/20/2023 | 5 | 1.00 |
| | DTI-SLC Copy Expense | 11/20/2023 | 5 | 1.00 |
| | DTI-SLC Copy Expense | 11/21/2023 | 4 | 0.80 |
| | DTI-SLC Copy Expense | 11/21/2023 | 5 | 1.00 |
| | DTI-SLC Copy Expense | 11/21/2023 | 5 | 1.00 |
| | DTI-SLC Copy Expense | 11/21/2023 | 5 | 1.00 |
| | DTI-SLC Copy Expense | 11/21/2023 | 5 | 1.00 |
| | DTI-SLC Copy Expense | 11/21/2023 | 4 | 0.80 |
| | | Copy Expense | 38 | 7.60 |
| 9421 | Color Copies | | | |
| | DTI-SLC Color Copies | 11/9/2023 | 12 | 3.00 |
| | DTI-SLC Color Copies | 11/20/2023 | 3 | 0.75 |
| | DTI-SLC Color Copies | 11/20/2023 | 6 | 1.50 |
| | DTI-SLC Color Copies | 11/20/2023 | 1 | 0.25 |
| | DTI-SLC Color Copies | 11/20/2023 | 5 | 1.25 |
| | DTI-SLC Color Copies | 11/20/2023 | 6 | 1.50 |
| | DTI-SLC Color Copies | 11/20/2023 | 1 | 0.25 |
| | DTI-SLC Color Copies | 11/20/2023 | 2 | 0.50 |
| | DTI-SLC Color Copies | 11/20/2023 | 1 | 0.25 |
| | DTI-SLC Color Copies | 11/20/2023 | 1 | 0.25 |
| | DTI-SLC Color Copies | 11/20/2023 | 4 | 1.00 |
| | DTI-SLC Color Copies | 11/20/2023 | 1 | 0.25 |
| | DTI-SLC Color Copies | 11/20/2023 | 1 | 0.25 |
| | DTI-SLC Color Copies | 11/20/2023 | 1 | 0.25 |
| | DTI-SLC Color Copies | 11/20/2023 | 1 | 0.25 |
| | DTI-SLC Color Copies | 11/20/2023 | 2 | 0.50 |
| | DTI-SLC Color Copies | 11/20/2023 | 2 | 0.50 |
| | DTI-SLC Color Copies | 11/20/2023 | 4 | 1.00 |
| | DTI-SLC Color Copies | 11/20/2023 | 7 | 1.75 |
| | DTI-SLC Color Copies | 11/20/2023 | 28 | 7.00 |
| | DTI-SLC Color Copies | 11/20/2023 | 10 | 2.50 |
| | DTI-SLC Color Copies | 11/21/2023 | 6 | 1.50 |
| | DTI-SLC Color Copies | 11/21/2023 | 6 | 1.50 |
| | DTI-SLC Color Copies | 11/21/2023 | 42 | 10.50 |
| | DTI-SLC Color Copies | 11/21/2023 | 36 | 9.00 |
| | DTI-SLC Color Copies | 11/21/2023 | 6 | 1.50 |

Snell & Wilmer L.L.P.
One East Washington Street, Suite 2700
Phoenix, AZ 85004
602-382-6000

| Cost Code | | Date | Qty | Amount |
|---|---|---|---|---|
| | DTI-SLC Color Copies | 11/21/2023 | 6 | 1.50 |
| | DTI-SLC Color Copies | 11/21/2023 | 10 | 2.50 |
| | DTI-SLC Color Copies | 11/21/2023 | 168 | 42.00 |
| | DTI-SLC Color Copies | 11/21/2023 | 24 | 6.00 |
| | DTI-SLC Color Copies | 11/21/2023 | 18 | 4.50 |
| | DTI-SLC Color Copies | 11/21/2023 | 6 | 1.50 |
| | DTI-SLC Color Copies | 11/21/2023 | 2 | 0.50 |
| | DTI-SLC Color Copies | 11/21/2023 | 6 | 1.50 |
| | DTI-SLC Color Copies | 11/21/2023 | 12 | 3.00 |
| | DTI-SLC Color Copies | 11/21/2023 | 60 | 15.00 |
| | DTI-SLC Color Copies | 11/21/2023 | 24 | 6.00 |
| | DTI-SLC Color Copies | 11/21/2023 | 6 | 1.50 |
| | DTI-SLC Color Copies | 11/21/2023 | 12 | 3.00 |
| | DTI-SLC Color Copies | 11/27/2023 | 1 | 0.25 |
| | DTI-SLC Color Copies | 11/27/2023 | 1 | 0.25 |
| | | Color Copies | 551 | 137.75 |
| 9700 | Printing Expense | | | |
| | DTI-SLC Printing Expense | 11/20/2023 | 98 | 9.80 |
| | DTI-SLC Printing Expense | 11/20/2023 | 284 | 28.40 |
| | DTI-SLC Printing Expense | 11/20/2023 | 1 | 0.10 |
| | DTI-SLC Printing Expense | 11/20/2023 | 1 | 0.10 |
| | DTI-SLC Printing Expense | 11/20/2023 | 1 | 0.10 |
| | DTI-SLC Printing Expense | 11/20/2023 | 1 | 0.10 |
| | DTI-SLC Printing Expense | 11/20/2023 | 1 | 0.10 |
| | DTI-SLC Printing Expense | 11/21/2023 | 1 | 0.10 |
| | DTI-SLC Printing Expense | 11/21/2023 | 6 | 0.60 |
| | DTI-SLC Printing Expense | 11/21/2023 | 6 | 0.60 |
| | | Printing Expense | 400 | 40.00 |
| | | Disbursement Totals | 989 | 185.35 |
| | | Report Range Fees $ | | 0.00 |
| | | Report Range Costs $ | | 185.35 |
| | | Total Report Range $ | | 185.35 |

# EXHIBIT B

# CERTIFICATE OF CONFERRAL

Pursuant to D.C.COLO.LCivR 54.1, Defendant's counsel conferred in good faith with Plaintiff's counsel regarding the foregoing proposed Bill of Costs on February 13, 2024.  Plaintiff does not object to that portion of Defendant's proposed Bill of Costs seeking reimbursement for the Deposition of Plaintiff Jonathan Esparsen (in the amount of $2,628.25, *see* Ex. 1-1), or reimbursement for printing and copying of trial exhibits (in the amount of $185.35, *see* Ex. 2-1). Plaintiff objects to the portion of Defendants' proposed Bill of Costs seeking reimbursement for the depositions of Cameron Harris (in the amount of $667.21, *see* Ex. 1-2), Jenney Moua (in the amount of $490.30, *see* Ex. 1-3), Krestina Coombs and Casey Jackson (in the amount of $613.90, *see* Ex. 1-4), and Destiny Glanz (in the amount of $452.50, *see* Ex. 1-5.)

4867-1122-3715.1

## CERTIFICATE OF SERVICE

This is to certify that on February 13, 2024, a true and correct copy of the above and foregoing document was electronically filed and served on all counsel of record.

/s/Mindi Mordue